# In the United States Court of Federal Claims

No. 17-474
Filed: February 16, 2018

```
*****************************************
                                        *
                                        *
AKRON METROPOLITAN HOUSING              *
AUTHORITY, INC.,                        *
                                        *
        Plaintiff,                      *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
        Defendant.                      *
                                        *
                                        *
*****************************************
```

**ORDER FOR ENTRY OF JUDGMENT**

On April 3, 2017, Akron Metropolitan Housing Authority filed a Complaint in the United States Court of Federal Claims. ECF No. 1. On October 16, 2017, Government filed an Answer. ECF No. 13.

On December 4, 2017, the parties filed a Joint Preliminary Status Report, wherein they stated that they anticipated settling the case. ECF No. 14. On January 25, 2018, the parties filed a Joint Stipulation For Entry Of Judgment. ECF No. 15.

Upon review, the court approves the terms of the parties' January 25, 2018 Stipulation For Entry Of Judgment. Accordingly, the Clerk of the Court is directed to enter judgment pursuant to the aforementioned Stipulation. *See* RCFC 58.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**